UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTONY M. DEVADAS, Petitioner | CIVIL DOCKET NO. 1:20-CV-00370 |
| VERSUS | JUDGE DRELL |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Government's Motion for Order to Show Cause and to Stay (ECF No. 12) be DENIED.

IT IS FURTHER ORDERED that Devadas's § 2241 petition in this Court be DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 29th day of September, 2020.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE